# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CLOUD SYSTEMS HOLDCO IP, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00264-JRG |
| | § | |
| VECTOR SECURITY, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed by Plaintiff. (Dkt. No. 21.) In the Stipulation, the parties stipulate that Plaintiff's claims against Defendant are dismissed with prejudice. (*Id*. at 1.) The parties further stipulate that each party shall bear its own costs, expenses, and attorneys' fees. (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So Ordered this**

**Jul 28, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE